UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE W. LILLIS,<br><br>            Plaintiff,<br><br>    vs.<br><br>APRIA HEALTHCARE, BLACKSTONE INVESTMENT GROUP, & DOES 1 through 5,<br><br>            Defendants. | CASE NO. 12-cv-0052-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Dkt. No. 150.] |

On May 2, 2014, the parties filed a joint motion to dismiss the above titled action with prejudice. (Dkt. No. 150.) Having reviewed the joint motion, and good cause showing, the Court hereby GRANTS the motion. Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** the action in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 9, 2014

HON. GONZALO P. CURIEL
United States District Judge